IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BOXLEY | : | CIVIL ACTION |
| v. | : | No. 09-828 |
| JEFFREY BEARD, et al. | : | **THIS IS A CAPITAL CASE** |

## **ORDER**

AND NOW, this 13th day of February, 2020, upon consideration of Respondent's Motion for Extension of Time to Comply with Discovery Order, it is ORDERED the Motion (Document 77) is GRANTED. Respondent shall have an additional 14 days, until February 27, 2020, to comply with the outstanding portions of the Court's January 13, 2020, discovery order.

BY THE COURT:


　　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.